IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

MARCO TULIO GONZALEZ OLMEDO,   )
                                                                       )
                      Petitioner,       )
                                                                       )
    v.                                          )   Case No. 25-3159-JWL

UNITED STATES IMMIGRATION AND   )
   CUSTOMS ENFORCEMENT;         )
C. CARTER, Warden, FCI-Leavenworth,  )

                      Respondents.     )
_____)

## **ORDER TO SHOW CAUSE**

Petitioner has filed a *pro se* petition for habeas corpus under 28 U.S.C. § 2241, in which he challenges his detention by immigration officials and the failure of those officials to make required custody determinations. The Court finds that a responsive pleading is required on an expedited basis.

IT IS THEREFORE ORDERED BY THE COURT THAT respondent is required to show cause on or before **September 5, 2025**, why the writ should not be granted; and that petitioner is granted until **September 26, 2025**, to file a traverse thereto, admitting or denying under oath all factual allegations contained in the response. Copies of this Order shall be transmitted to the parties and the United States Attorney for the District of Kansas.

2

IT IS SO ORDERED.

Dated this 13th day of August, 2025, in Kansas City, Kansas.

/s/  John W. Lungstrum
Hon. John W. Lungstrum
United States District Judge
