# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

**Marcus Tulio Gonzalez-Olmedo,**

        **Petitioner,**

v.                                               Case No. 25-3159-JWL

**U.S. Immigration and Customs Enforcement,
C. Carter,**

        **Respondents.**

## JUDGMENT IN A CIVIL CASE

**( )**    **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(x)**    **DECISION BY THE COURT.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the petition for habeas corpus under 28 U.S.C. § 2241 is hereby **granted in part and denied in part**. The petition is granted with respect to the claim that petitioner has improperly been denied a custody review; and respondents are hereby ordered to ensure that petitioner receives a custody review determination by **October 27, 2025**, and to provide notice to the Court and to petitioner when that determination has been made. The petition is otherwise denied, including with respect to petitioner's request for release from custody.

Entered on the docket 10/3/2025

 **Dated: October 3, 2025**                           **SKYLER B. O'HARA
CLERK OF THE DISTRICT COURT**

                                                                **s/J. Lolley**
                                                                 **Deputy Clerk**